
USDC - BALTIMORE
'24 JAN 25 PM 5:30

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

**SEALED**

| UNITED STATES OF AMERICA | * | |
|---|---|---|
| | * | CRIMINAL NO. ___RDB-24-21___ |
| v. | * | |
| | * | |
| SAM LEE, | * | |
| | * | |
| Defendant. | * | |
| | * | |
| | * | |
| | * | |

*******

## ORDER

Upon review of the Motion of the United States of America, it is this 25th day of January 2024, **ORDERED** that this Indictment, Arrest Warrant, and other documents, shall be **SEALED** until further Order of this Court.

It is further **ORDERED** that the Clerk of the Court provide a copy of this Order to the United States Attorney's Office.

_1/25/24_
Date

_____
Honorable A. David Copperthite
United States Magistrate Judge

2