# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL NO. RDB-24-21** |
| v. | |
| **SAM LEE** | |
| **Defendant.** | |

## GOVERNMENT'S MOTION TO UNSEAL INDICTMENT

The United States of America moves this Honorable Court for an Order to order and direct that the above-captioned case be **UNSEALED**. In support of this motion, the government states that the case may be unsealed because there is no longer a risk that disclosure would jeopardize an ongoing investigation.

WHEREFORE, the United States respectfully requests that the Court issue an ORDER unsealing this case.

Respectfully submitted,

Erek L. Barron
United States Attorney

By: _____

Spencer L. Todd
Assistant United States Attorney

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL NO.  RDB-24-21** |
| v. | |
| **SAM LEE** | |
| **Defendant.** | |

## ORDER TO UNSEAL THE INDICTMENT

For good cause shown upon motion of the United States of America, it is this _____ day of January 2024, by the United States District Court for the District of Maryland, hereby ORDERED that the above-captioned case be, and the same hereby is, **UNSEALED**.

_____
Hon. Richard D. Bennett
United States District Judge