UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. RDB-24-21 |
| v. | |
| SAM LEE | |
| Defendant. | |

**ORDER TO UNSEAL THE INDICTMENT**

For good cause shown upon motion of the United States of America, it is this **29TH** day of January 2024, by the United States District Court for the District of Maryland, hereby ORDERED that the above-captioned case be, and the same hereby is, **UNSEALED**.

_____
Hon. Richard D. Bennett
United States District Judge